UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ARMIDA RICHINA, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MAYTAG CORPORATION, a Delaware corporation,<br><br>    Defendant. | NO. CIV. S 05-1281 MCE KJM<br><br><br>ORDER |

----oo0oo----

Pursuant to the stipulation of the parties to this action filed on July 14, 2005, Plaintiff may file a timely Motion to Remand this matter at any time prior to August 8, 2005, the date currently set for Defendant Maytag's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff's Motion to Remand, if filed, shall comport with the notice and briefing requirements as set forth in Local Rule 78-230.

If Plaintiff files a Motion to Remand, no briefing in connection with the August 8, 2005 hearing date will be required

1

1 | prior to that date and Maytag's Motion to Dismiss will be stayed,
2 | pending the Court's ruling on Plaintiff's Motion to Remand.  In
3 | the event that Plaintiff's Motion to Remand is denied,
4 | Plaintiff's opposition to Maytag's Motion to Dismiss, if any,
5 | shall be filed and served not later than fourteen (14) days after
6 | proof of mailed or electronic service of the Court's ruling on
7 | Plaintiff's Motion to Remand.  Maytag's reply, if any, in support
8 | of its Motion to Dismiss will be filed and served nine (9) days
9 | after the mailed or electronic service of Plaintiff's opposition.
10 | Upon filing of its reply brief in support of its Motion to
11 | Dismiss, Maytag will notify the courtroom deputy, Amanda
12 | Souvannarath, that its Motion to Dismiss should be set for the
13 | next available civil motion calendar date before this Court.

    IT IS SO ORDERED.

DATED: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE